### (June 17, 1946.)

MAX DICK, Appellant, v. NATIONAL CIVIL SERVICE ENDOWMENT ASSOCIATION, INCORPORATED, Respondent.— Motion for leave to appeal to the Appellate Division and for other relief denied, without costs. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ.

MORRIS GOLDBERG, as a Director of ATLANTIC FABRIC PRODUCTS, INC., Formerly Known as MURRAY GOLDBERG, INC., Respondent, v. HARRY GREEN, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ. [See ante, p. 856.]

THOMAS GOODENOUGH, Appellant, v. NATIONAL CIVIL SERVICE ENDOWMENT ASSOCIATION, INCORPORATED, Respondent.— (No. 426.) Motion for leave to appeal to the Appellate Division and for other relief denied, without costs. (No. 440.) In view of the decision in Goodenough v. National Civil Service Endowment Assn, Inc. (No. 426), decided herewith, the motion for leave to appeal to the Appellate Division is dismissed, without costs. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ.

In the Matter of the Application of ERNEST J. ARIES for Reinstatement as an Attorney.— Application for reinstatement as an attorney and counselor at law denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of FRED W. GREENWOOD, Respondent, against RUTH TAYLOR, as Commissioner of Public Welfare, Defendant, and HELEN C. YOUNG, as Director of the Department of Public Welfare, Appellant.— Motion for reargument denied, without costs. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ. [See ante, p. 849.]

In the Matter of the Estate of ELIES KAPLAN, Deceased. JOSEPH KAPLAN, et al., as Executors of ELIES KAPLAN, Deceased, et al., Respondents; FREDA KAPLAN, Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ. [See ante, p. 940.]

In the Matter of JOSEPH NEMEROV, Appellant, against TOWN BOARD OF THE TOWN OF HEMPSTEAD et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ. [See ante, p. 940.]